UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes
# Honorable Hope T. Cannon, U.S. Magistrate Judge

**Case Style:**       *Yarbrough v. Reddy Ice, LLC*
**Case No.:**         3:21-cv-1320/TKW-HTC
**Date:**             October 18, 2022
**Hearing:**          Settlement Conference

---

| **Time Commenced:** | 10:00 a.m. |
|---|---|
| **Time Concluded:** | 2:15 p.m. |
| **Court Reporter:** | None |

### In Attendance:

Plaintiff Willie Yarbrough, Pro Se

David Steffen, Esquire, for Defendant
Kenneth Fernandez, General Counsel, Reddy Ice, LLC,

### PROCEEDINGS:

| | |
|---|---|
| 10:00 a.m. | Court in session. |
| | **Settlement Conference** |
| | Settlement reached. |
| | Parties to submit a joint motion for dismissal within fourteen (14) days. |
| 2:15 p.m. | Court is adjourned. |

_____
Filed in Open Court
October 18, 2022
Deputy Clerk: kli