UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE YARBROUGH,

    Plaintiff,

v.   Case No. 3:21cv1320-TKW-HTC

REDDY ICE, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Based on the joint motion for dismissal with prejudice (Doc. 23), it is **ORDERED** that the motion is treated as a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) and this case is dismissed with prejudice. The Clerk shall close the case file.

**DONE and ORDERED** this 24th day of October, 2022.

_____
T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE